

# CHRIS DANIEL

## HARRIS COUNTY DISTRICT CLERK

## CORRECTION LETTER - MOTION FOR NEW TRIAL

November 30, 2015

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
12/9/2015 10:28:30 AM
CHRISTOPHER A. PRINE
Clerk

ANGELA L. CAMERON
ATTORNEY OF RECORD
1201 FRANKLIN, 13TH FLOOR
HOUSTON, TEXAS 77002

Defendant's Name: JOSHUA BARNETT

Cause No: 1451490

Court: 230TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 10/13/2015
**Sentence Imposed Date:** 10/13/2015
**Court of Appeals Assignment: Fourteenth Court of Appeals**
**Appeal Attorney of Record:** ANGELA L. CAMERON
Motion for New Trial 11/11/2015

Sincerely,

/S/ N. Salinas
Criminal Post Trial Deputy

CC: Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin  P.O. Box 4651  Houston, Texas  77210-4651